IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 16 2025

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Willie T. Hayes-Bey
Enemy of the State
_____, Plaintiff

v.

Jury Demand

Deputy Molina
_____,

Sgt. Kirk Firko
_____,

Sheriff Brown
_____,

Deputy Iglesias
Deputy Michael Condon
_____, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Willie T. Hayes- Bey # 1438193, Arapahoe County Detention Facility Enemy of The State, P.O. Box 4918, Centennial, CO 80155-4918
(Name, prisoner identification number, and complete mailing address)

Enemy of The State, A Force of one
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

- **X** Pretrial detainee
- ___ Civilly committed detainee
- ___ Immigration detainee
- ___ Convicted and sentenced state prisoner
- ___ Convicted and sentenced federal prisoner
- ___ Other: (*Please explain*) _____

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Deputy Molina
(Name, job title, and complete mailing address)
Arapahoe County Detention Facility
P.O. Box 4918, Centennial, CO 80155-4918

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? **X** Yes ___ No (*check one*). Briefly explain:

Employed in master control by Arapahoe County Detention Facility

Defendant 1 is being sued in his/her **X** individual and/or **X** official capacity.

2

Defendant 2: **SGT FIRKO**
(Name, job title, and complete mailing address)
Arapahoe County Detention Facility
P.O Box 4918, Centennial, CO. 80115-4918

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ☒ Yes ☐ No (*check one*). Briefly explain:

Sargent for Arapahoe County Deten Facility

Defendant 2 is being sued in his/her ☒ individual and/or ☒ official capacity.

Defendant 3: **Sheriff Brown**
(Name, job title, and complete mailing address)
Arapahoe County Detention Facility
P.O. Box 4918, Centennial, CO 80115-4918

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ☒ Yes ☐ No (*check one*). Briefly explain:

Top Official of Arapahoe County Detention Facility.

Defendant 3 is being sued in his/her ☒ individual and/or ☒ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

☒ State/Local Official (42 U.S.C. § 1983)

___ Federal Official
As to the federal official, are you seeking:
___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___ Other: (*please identify*) _____

Defendants Information B.

Defendant 4.
Deputy John Doe court services
Arapahoe County Detention Facility
P.O. Box 4918
Centennial, CO 80155-4918
Defendant was acting under color of state law for court services. Arapahoe County Detention Facility. Individual and official capacity

Defendant 5.
Deputy Michael Condon
Arapahoe County Detention Facility
P.O. Box 4918
Centennial, CO 80155-4918
Defendant was acting under color of state law for Arapahoe County Detention Facility. Individual and official capacity.

Defendant: 6
Deputy Iglesias
Arapahoe County Detention Facility
P.O. Box 4918
Centennial, CO 80155-4918
Defendant was acting under color of state law for the state in master control, Arapahoe County Detention Individual and official capacity.

D. **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: 1st 8th + 14th Amendments

Supporting facts:

ON 2/25/25 Deputy Molina Refused to answer the call button in master control from 10:24-10:50. When he finally answered I asked for a grievance and he used foul language and refused to give me a grievance. SGT. FIRKO backed up Deputy Molinas behavior. 03/02/25 Deputy Molina Refused to answer for over two hours SGT. FIRKO again backed up this behavior. I was asking for a grievance. 02/04/25 No answer 10:00 to 10:30 grievances from Officer Iglesias. ON 02/07/25 22 minutes and on 02/08/25. The grievance answer "Officer Iglesias is currently in training." ON 02-16-25 9:30 - 9:40 No answer Refused a grievance. SGT. FIRKO Signed off and approved this behavior. Grievance Appeal 02/16/25 You need to train the deputies in master control to answer the call button what happens in a medical emergency? I die?

4

D. Statement of Claims

Claim 2: 8th & 14th Amendments.

Conditions of Confinement: I have to huddle in a corner or walk around in my blanket to keep warm. I am being deprived of basic necessities. The food is delivered cold, the portions are small, improper diet, no hotwater, no heat. The A.C. is ran on high when it's cold outside. We can see our breath on the cell windows. The heat in the cells in maintained at an unreasonably low level. The toilet has been leaking for months I have been getting sick trying to fix it with tooth paste and knapkins so water is all over the floor. Sgt. Firko is responsible for this, causing noro virus infection.

Sgt. Firko also has chemicals sprayed all over the pod suppose for noro virus. This chemical is sprayed all over the floor, tables, chairs, doors, handrails + windows etc. We are given one mop bucket of water to clean the pod for the whole day no cleaning rags, limited paper towels. There are 3 men to a cell designed for two.

There is no dental floss or gum care products available therefore I have gum disease and infection because of this.

The vents and ceilings are covered with dust which looks as if its been here for years.

D. Statement of Claims    Court, Legal Mail

Claim 3: 1st & 14th Amendments. 02/14/25 11:25 a.m. Kite to mail room:"Master control says they have received no legal mail from you. They say the night shift probably has it! I'm filing a grievance! 02/18/25 Grievance 8:39 a.m. The mail room has been sending me legal envelopes and the staff has not been delivering them to m! 02/19/25 07:53 I have received no indigent legal envelope and no legal mail from the Federal court since I have been here. The mail room does it's job but the deputies refuse to deliver the mail to me. 02/15/2025 I have requested blank paper and envelopes and have not received them. Do I need to file a grievance? 02/14/2025 I have not received anything from. The Law Library Thanks! I have received no envelopes or legal mail since I have been here I am again requesting 3 white and 3 yellow envelopes! 02/20/25. 02/14/25 Now its lawsuit time my legal mail is not being delivered to me. 24-10-109 in relevant part."It is only where plaintiff has stated a federal claim that a notice of claim provision may be struck down based on supremacy because allowing a federal claim to be limited by state law would defeat the objective of the federal laws." Grievance 02/14/25 "On 01/31/25 I was taken to court at 7:30. At about 8:30 I was taken back and told my appearance had been delayed until later. My lawyer informed me that I was supposed to be in court but they told the judge I refused to go to court!" Michael Condon

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): Hayes v marriott

Docket number and court: 70 F.3d 1144

Claims raised: Fourth Amendment

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) Relief granted

Reasons for dismissal, if dismissed:

Result on appeal, if appealed: Relief granted

## F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

_X_ Yes ___ No (*check one*)

5

G.  **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

COMPENSATORY : $ 1,000,000.00

PUNITIVE : $ 1,000,000.00

H.  **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Willie Hayes_
(Plaintiff's signature)

_APRIL 9, 2025_
(Date)

(Form Revised December 2017)

U.S. POSTAGE PAID
USPS Ground Advtg
GREENWOOD VILLAGE
CO 80112
APR 15, 2025
**$9.45**
S2324H504498-70

1 Lb 2.80 Oz
RDC 01

INDIGENT LEGAL MAIL

Clerk of The Court
Alfred A. Arraj United States Courthouse
901 19th St. Room A105
Denver, CO 80294-3589

Name: [illegible]  ID# 143 8193
Arapahoe County Detention Facility
P.O. Box 4918
Centennial, CO 80155-4198

USPS TRACKING® #
9534 6122 5125 5105 1584 97

